```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 05798
   CLARENCE T MCELROY
   DIANE A MCELROY                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
               Debtor
   SSN XXX-XX-9596      SSN XXX-XX-3237


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/17/2004 and was confirmed 05/06/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  36.02%.

     The case was paid in full 03/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------
RAMSEY LAW FIRM PC         NOTICE ONLY     NOT FILED            .00             .00
CAPITAL ONE AUTO FIN       UNSECURED        11907.64            .00         4288.77
CAPITAL ONE AUTO FIN       UNSECURED       NOT FILED            .00             .00
CAPITAL ONE AUTO FINANCE   NOTICE ONLY     NOT FILED            .00             .00
NUVELL CREDIT CO LLC       SECURED            623.51         180.72          623.51
ONYX ACCEPTANCEO CORP      SECURED           1672.59         367.97         1672.59
WELLS FARGO MORTGAGE       CURRENT MORTG        .00             .00             .00
WASHINGTON MUTUAL          NOTICE ONLY     NOT FILED            .00             .00
WELLS FARGO MORTGAGE       MORTGAGE ARRE   10897.00            .00        10897.00
INTERNAL REVENUE SERVICE   PRIORITY         6012.23            .00         6012.23
AT & T BANKRUPCTY          UNSECURED          423.88            .00          152.67
AT & T WIRELESS            UNSECURED          518.17            .00          186.63
CAPITAL ONE SERVICES       UNSECURED       NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED          538.05            .00          193.79
CAPITAL ONE                UNSECURED       NOT FILED            .00             .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED            .00             .00
CAPITAL ONE SERVICES       UNSECURED       NOT FILED            .00             .00
CARSON PIRIE SCOTT         UNSECURED       NOT FILED            .00             .00
DOROTHY BROWN              UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED         1125.03            .00          405.20
JEWEL FOOD STORES          UNSECURED       NOT FILED            .00             .00
MCI                        UNSECURED       NOT FILED            .00             .00
MSN                        UNSECURED       NOT FILED            .00             .00
ORCHARD BANK               UNSECURED       NOT FILED            .00             .00
PERSONAL FINANCE           UNSECURED         1643.51            .00          591.94
PROVIDIAN                  UNSECURED       NOT FILED            .00             .00
RESURGENT ACQUISITION LL   UNSECURED         3477.80            .00         1252.60
RESURGENT ACQUISITION LL   UNSECURED         1123.38            .00          404.61
ST JAMES HOSPITAL          UNSECURED          768.31            .00          276.72
TARGET                     UNSECURED       NOT FILED            .00             .00
UNITED STUDENT AID FUNDS   FILED LATE        1395.28            .00             .00
VERIZON                    UNSECURED       NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 05798 CLARENCE T MCELROY & DIANE A MCELROY
```

```
NUVELL CREDIT CO LLC       NOTICE ONLY    NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED        500.77              .00         180.36
CAPITAL ONE BANK           FILED LATE       602.08              .00            .00
CAPITAL ONE BANK           UNSECURED OTH     55.97              .00          20.23
CAPITAL ONE BANK           FILED LATE      1015.62              .00            .00
CAPITAL ONE BANK           FILED LATE       789.50              .00            .00
UNITED STUDENT AID FUNDS   FILED LATE      3202.40              .00            .00
UNITED STUDENT AID FUNDS   FILED LATE      3744.15              .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY    1,794.00                        1,794.00
TOM VAUGHN                 TRUSTEE                                        1,698.46
DEBTOR REFUND              REFUND                                           325.00
```

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                 31,525.00

PRIORITY                                          6,012.23
SECURED                                          13,193.10
    INTEREST                                        548.69
UNSECURED                                         7,953.52
ADMINISTRATIVE                                    1,794.00
TRUSTEE COMPENSATION                              1,698.46
DEBTOR REFUND                                       325.00
                        ---------------         ---------------
TOTALS                  31,525.00                31,525.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                             /s/ Tom Vaughn
    Dated: 08/21/08       _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 05798 CLARENCE T MCELROY & DIANE A MCELROY